UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  18-cr- |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JACQUELINE D. BALL | : | 18 U.S.C. § 1001(a)(3) |
| | : | (False Statements or Entries) |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (False Statements or Entries)

At times material to this Information:

1.      The United States Securities and Exchange Commission (SEC) was an independent federal government agency whose mission was to protect investors, maintain fair, orderly, and efficient markets, and facilitate capital formation.  The agency's headquarters was located in the District of Columbia.

2.      Defendant Jacqueline D. Ball was a program management analyst who worked in the SEC Office of Human Resources.

3.      Standard Form 85-P (SF-85P), entitled "Questionnaire for Public Trust Positions," was a U.S. Government form used for certain background investigations and reinvestigations.

4.      The instruction page for the SF-85P warned, "The United States Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines of up to $10,000, and/or 5 years imprisonment or both."

5.      The person submitting an SF-85P had to sign their name below a certification that

"My statements on this form, and any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both. (See section 1001 of title 18, United States Code)."

6.      On or about February 20, 2014, in the District of Columbia, Defendant Ball did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, by electronically submitting and certifying an SF-85P for an SEC background reinvestigation which falsely stated that Defendant Ball had lived in Arlington, Virginia from in or around November 2013 to the present, when in fact, as Defendant Ball knew, she had been living in Mount Pleasant, South Carolina since at least in or around December 2013.

**(False Statements or Entries, in violation of Title 18, United States Code, Section 1001(a)(3))**

JESSIE K. LIU
United States Attorney
for the District of Columbia

By:

Anthony Saler
D.C. Bar No. 448254
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
202.252.6971
Anthony.Saler@usdoj.gov

2